IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOFALO MALTESE BROWN,

      Petitioner,                        No. CIV S-09-0216 FCD GGH P

   vs.

WARDEN, et al.,

      Respondent.                ORDER

_____/

      The Ninth Circuit has remanded this petition to the district court for the limited purpose of granting or denying a certificate of appealability. A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

      A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

1

1    Petitioner has made a substantial showing of the denial of a constitutional right in
2 the following issue presented in the instant petition: claim 2, whether the prosecutor unlawfully
3 intimidated a witness.
4    Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
5 issued in the present action.
6 DATED: March 4, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE